# Exhibit O
**DOCUMENT WAS FILED UNDER SEAL**