# Exhibit Q

**DOCUMENT WAS FILED UNDER SEAL**