# Exhibit R
**DOCUMENT WAS FILED UNDER SEAL**