# Exhibit U

**DOCUMENT WAS FILED UNDER SEAL**