# Exhibit V
**DOCUMENT WAS FILED UNDER SEAL**