# Exhibit W
**DOCUMENT WAS FILED UNDER SEAL**