# Exhibit Z

**DOCUMENT WAS FILED UNDER SEAL**