# Exhibit AA

**DOCUMENT WAS FILED UNDER SEAL**