# Exhibit BB

**DOCUMENT WAS FILED UNDER SEAL**